GRACE SCHNEIDER, Respondent, v. WILLIAM SCHNEIDER, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in an automobile negligence action. The order denies defendant's motion for a directed verdict and for a new trial.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT THOMAS, Respondent, v. THE DEPARTMENT OF CORRECTION and THE BOARD OF PAROLE OF THE STATE OF NEW YORK, Appellants.— Order affirmed, without costs of this appeal to any party. (*People* v. *Procito*, 261 N. Y. 376, 378; *People ex rel. White* v. *Department of Correction*, 259 App. Div. 792.) All concur. (The order directs the Department of Correction to certify the name of petitioner to the Board of Parole to pass upon his eligibility for parole.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

### (November 12, 1941.)

JOHN LIBERIO, Appellant, v. UNITED STATES RADIATOR COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. Memorandum: We interpret the order as meaning that the question contained in subdivision " a " of the ordering paragraph is for the jury and that the question contained in subdivision " b " of the ordering paragraph is one of law for the court. All concur. (The order directs separate and prior trial of two issues of fact in a silicosis action.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

THE WATER POWER AND CONTROL COMMISSION, Appellant, v. THE NIAGARA FALLS POWER COMPANY, Respondent.— Motion to resettle order entered October 1, 1941, denied. Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

JOHN K. COCHRAN, Appellant, v. HARRY W. PATTERSON, Respondent.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied on the ground that the application is not made in time (Civ. Prac. Act, § 591) and also as a matter of discretion. Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

JOHN K. COCHRAN, Appellant, v. HARRY W. PATTERSON, Respondent.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied on the ground that the application is not made in time (Civ. Prac. Act, § 591) and also as a matter of discretion. Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

JULIA A. CONNOR, Respondent, v. CLARENCE MURRAY, Appellant.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.